# NO. 12-24-00159-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § | *APPEAL FROM THE 18TH* |
| *IN THE MATTER OF THE MARRIAGE OF MARK CRUEY AND FAUSTINA CRUEY AND IN THE INTEREST OF S.T.C., B.A.G.C., K.F.C., AND J.T.C., CHILDREN* | § | *JUDICIAL  DISTRICT COURT* |
|  | § | *JOHNSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure.[1]  *See* TEX. R. APP. P. 42.3(c).

Mark Cruey filed a notice of appeal on May 13, 2024. On May 28, the Clerk of this Court notified Appellant that the notice of appeal failed to contain the information specifically required by appellate Rule 9.5 and Section 51.017(a) of the Texas Civil Practice and Remedies Code.  *See* TEX. R. APP. P. 9.5 (service); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record).  The notice warned that, unless Appellant filed a proper notice of appeal on or before June 7, the appeal would be referred to the Court for dismissal.  This deadline passed and Appellant has not filed a compliant notice of appeal or other response to this Court's notice.

---

[1] This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

Because Appellant failed, after notice, to comply with Section 51.017(a), the appeal is ***dismissed***.[2]  *See* TEX. R. APP. P. 42.3(c) (on its own initiative after giving ten days' notice to all parties, appellate court may dismiss appeal if appeal is subject to dismissal because appellant failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered June 21, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[2] We also note that Appellant has not filed the required docketing statement.  *See* TEX. R. APP. P. 32.1.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 21, 2024**

**NO. 12-24-00159-CV**

**IN THE MATTER OF THE MARRIAGE OF MARK CRUEY AND FAUSTINA CRUEY AND IN THE INTEREST OF S.T.C., B.A.G.C., K.F.C., AND J.T.C., CHILDREN**

Appeal from the 18th District Court
of Johnson County, Texas (Tr.Ct.No. DC-D202100708)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*